**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **SHAILENDRA "TARIQ"BASDEO,** | : | **VIOLATION:** |
| | : | **21 U.S.C. § 846** |
| | : | **(Conspiracy to Obtain a Controlled** |
| **Defendant.** | : | **Substance by Fraud)** |

**I N F O R M A T I O N**

The United States Attorney charges that:

**COUNT ONE**

Beginning on or about 2009, the exact date being unknown to the United States, and continuing through to on or about March 31, 2010, within the District of Columbia, the Commonwealth of Virginia, the State of Maryland and elsewhere, the defendant, **SHAILENDRA "TARIQ"BASDEO**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the United States, to unlawfully, knowingly, and intentionally obtain and acquire oxycodone, under the pharmaceutical trade names of oxycontin, which are Schedule II controlled substances, by misrepresentation, fraud, forgery and deception, that is, he presented a prescription bearing the name of Dr. James Uy, knowing that the

prescription was false, with a forged signature, and not legitimately issued to him by a treating physician, which prescription he obtained from others in the conspiracy in exchange for oxycodone pills other things of value, in violation of Title 21, United States Code, Section 843(a)(3).

>(**Conspiracy to Obtain a Controlled Substance by Fraud**, in violation of Title 21, United States Code, Section 846)

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No.  447889

By: _____/s/_____
JOHN P. DOMINGUEZ
Assistant United States Attorney
D.C. Bar No. 959809
Violent Crimes and Narcotics Section
555 4th Street, NW, Suite 4205
Washington, DC 20530
(202) 252-7684
E-mail: John.Dominguez@usdoj.gov