## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. Action No. 12-0070 (ABJ) |
| | ) | |
| SHAILENDRA "TARIQ" BASDEO, | ) | |
| | ) | **FILED** |
| Defendant. | ) | |
| | ) | APR 1 2 2012 |

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

This case was docketed on March 20, 2012. It appears that counsel for defendant is not a member of the bar of this Court and that no steps have been taken to rectify this problem in accordance with instructions provided by the Clerk's Office. It is therefore,

**ORDERED** that on or before April 27, 2012, counsel must either: 1) become a member of the bar of this Court and enter an appearance on behalf of defendant; 2) take the appropriate steps to seek leave to appear *pro hac vice* pursuant to LCrR 44.1(d); or 3) arrange for the entry of appearance of counsel duly admitted to this Court.

AMY BERMAN JACKSON
United States District Judge

DATE: 4/12/12